413 A.2d 1128

Commonwealth v. Gamble, Appellant.

Submitted March 12, 1979.

Arthur K. Dils, for appellant; C. Joseph Rehkamp, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.

May 23, 1979

413 A.2d 1128

Commonwealth v. Borris, Appellant.

Petition for Allowance of Appeal Denied Oct. 29, 1980.

Submitted October 26, 1978. Simon B. John, Assistant Public Defender, for appellant; Joseph E. Ferens, Jr., First Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence affirmed.